**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| GEOFFREY ROBERT LAWSON, | No. 15-35577 |
| Plaintiff - Appellant, | D.C. No. 3:14-cv-05100-RBL |
| v. | |
| BERNARD WARNER; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted July 26, 2016[**]

Before:     SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Geoffrey Robert Lawson, a Washington state prisoner, appeals pro se from

the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging

federal and state law claims.  We have jurisdiction under 28 U.S.C. § 1291.  We

review de novo.  *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010) (dismissal

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under Fed. R. Civ. P. 12(b)(6); *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)(b)(ii)).  We affirm.

The district court properly dismissed Lawson's access-to-courts claim because Lawson failed to allege that he suffered an actual injury.  *See Lewis v. Casey*, 518 U.S. 343, 349-53 (1996) (an access-to-courts claim requires plaintiff to show that defendants' conduct caused actual injury to a non-frivolous legal claim).

Although the proposed second amended complaint was timely filed under the prison mailbox rule, the allegations in that complaint do not cure the deficiencies in Lawson's access-to-courts claim.  *See id.*

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**